

# EGERTON McAFEE

## Egerton McAfee Armistead & Davis, P.C.

ATTORNEYS AT LAW

*CLIENT DRIVEN SINCE 1932*

Phone (865) 546-0500  
Fax (865) 525-5293

P.O. Box 2047  
Knoxville, TN 37901-2047

Tax ID No. 62-0816684

09/01/2014

Jennifer Lawson  
121 Harbor Lane  
Mooresburg, TN 37811

Invoice No. 70813

With a copy to  
Jennifer O'Connell  
Ogle, Elrod & Baril  
706 Walnut Street, Suite 700  
Knoxville, TN 37902

**FOR PROFESSIONAL SERVICES RENDERED**

CLIENT: 008295 - Jennifer Lawson

| Matter | | Fees | Expenses | Total |
|---|---|---|---|---|
| 00002 | Estate of Ashley Nicole Lawson | $602.00 | $390.10 | $992.10 |
| | | **$602.00** | **$390.10** | **$992.10** |

**CURRENT BILL** — $992.10  
LESS PROFESSIONAL DISCOUNT — (172.00)  
Previous Balance — $0.00  
**TOTAL BALANCE DUE** — **$820.10**

*Remaining Trust Balance:* — *$0.00*

Payment is due upon receipt of invoice. Invoices unpaid after thirty (30) days after invoice is mailed are past due and subject to a one and one-half (1 1/2) percent per month late fee which is an annual rate of 18%.

| RE: | 008295-00002 | | | |
|---|---|---|---|---|
| DATE | ATTY | DESCRIPTION | | HOURS |
| 08/12/2014 | BCS | Begin drafting pleadings to open estate; e-mail correspondence with Mrs. O'Connell regarding bond needed for estate and temporary custody order; continue drafting pleadings; revise pleadings per direction from Court; draft letter sending pleadings to Mrs. O'Connell. | | 2.00 |

**TOTAL SERVICES** $602.00

## DISBURSEMENTS

| | Amount |
|---|---|
| Court Costs | $389.50 |
| Document Reproduction | $0.60 |
| | **$390.10** |

### INVOICE RECAP

| | |
|---|---|
| Total Professional Services | $602.00 |
| Total Expenses and Advances | $390.10 |
| **CURRENT BILL** | **$992.10** |

Payment is due upon receipt of invoice. Invoices unpaid after thirty (30) days after invoice is mailed are past due and subject to a one and one-half (1 1/2) percent per month late fee which is an annual rate of 18%.

# EGERTON McAFEE

## Egerton McAfee Armistead & Davis, P.C.

ATTORNEYS AT LAW

*CLIENT DRIVEN SINCE 1932*

**Please return this page with remittance**

to

Egerton, McAfee, Armistead & Davis, P.C.
900 South Gay St., Suite 1400
Knoxville, TN 37902

Invoice No. 70813
Bill Date: September 01, 2014
Client Code: 008295
Client Name: Jennifer Lawson

| | |
|---|---:|
| CURRENT BILL | $992.10 |
| LESS PROFESSIONAL DISCOUNT | (172.00) |
| **CURRENT BILL** | **$820.10** |
| Previous Balance | $0.00 |
| **TOTAL BALANCE DUE** | **$820.10** |

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

Payment is due upon receipt of invoice. Invoices unpaid after thirty (30) days after invoice is mailed are past due and subject to a one and one-half (1 1/2) percent per month late fee which is an annual rate of 18%.