# ACCU-TECH

Phone: 732-740-3514  
E-Mail: mikespy1957@yahoo.com

1105 Woodsboro Road  
Knoxville, TN 37922

August 28, 2014

Law Office of Ogle, Elrod & Baril  
706 Walnut Street Suite 700  
Knoxville, TN 37902

**Attn: Jennifer O'Connell**

Invoice for services on ASHLEY VS. YES EXPRESS YOUR FILE 1410954

LOCATE / ION HAZAPARLU    $75.00  
LOCATE / ROBERT ASBURY    $75.00  
CONTACT AND SCHEDULE WITNEES STATEMENTS $50.00

**Total Due: $200.00**

PLEASE MAKE CHECK PAYABLE TO MICHAEL CARBONE  
TAX ID # 90-0095148

THANK YOU

4